# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>    Respondent. | Case No. 1:18-cv-00951-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO OPEN NEW CASE FOR PETITION FOR WRIT OF HABEAS CORPUS RECEIVED ON OCTOBER 19, 2018<br><br>(ECF No. 18) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 6, 2018, Petitioner filed a petition for writ of habeas corpus that challenges a Kern County Superior Court conviction. (ECF No. 1). It appears that the petition is successive, and the Court has referred Petitioner's application for authorization to file a second or successive petition to the United States Court of Appeals for the Ninth Circuit. (ECF No. 14).

On October 19, 2018, Petitioner filed another petition for writ of habeas corpus in the instant case. (ECF No. 18). Therein, Petitioner challenges a different conviction for assault arising out of the Kings County Superior Court. (ECF No. 18 at 2).[1]

///

///

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1 | Accordingly, the Clerk of Court is DIRECTED to open a new case for the petition for writ of habeas corpus filed on October 19, 2018 (ECF No. 18).

IT IS SO ORDERED.

Dated: **October 24, 2018**

/s/ *Eric P. Groj*
UNITED STATES MAGISTRATE JUDGE